UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ZAMBRANO GUERRA,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-04597-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Petitioner Gerardo Zambrano Guerra is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 11.) Specifically, the magistrate judge determined that, in light of petitioner's prior release from immigration detention, "due process was violated by petitioner's re-detention without a hearing before a neutral adjudicator at which the government was required to justify his re-detention by clear and convincing evidence." (*Id.* at 4–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 10.)

On September 6, 2026, respondents filed objections to the findings and recommendations. (Doc. No. 12.) Therein, respondents state, without citation to legal authority, that "a custody redetermination hearing" would address petitioner's claim of prolonged detention and "the government's interest in ensuring that petitioner appears for future immigration proceedings." (*Id.* at 1.) Respondents appear to object to petitioner's release, although they do not directly state as much. In any event, the court agrees with the magistrate judge's finding that for the reasons stated in this court's prior orders, *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025) and *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025), petitioner is entitled to his immediate release under the circumstances of this case. Accordingly, the court rejects respondents' objections as unpersuasive.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations (Doc. No. 11) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Gerardo Zambrano Guerra, A-File No. 201-223-302 from respondents' custody with the same conditions he was subject to immediately prior to his re-detention on March 27, 2026;
    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless they provide at least seven (7) days' written notice to petitioner and hold a pre-deprivation bond hearing before a neutral decision maker, at which hearing respondents will bear the burden of demonstrating that petitioner is a flight risk or danger to the community and petitioner's eligibility for bond must be considered;

3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **September 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE